# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION <br><br> NO. 19-2613 |
| v. | : <br> : | |
| EVEREST AMBULANCE, LLC<br>*Defendant* | : <br> : | |

## ORDER

**AND NOW**, this 24th day of September 2019, upon consideration of Plaintiff's *motion for service by posting property and certified mail*, [ECF 2], it is hereby **ORDERED** that the motion is **GRANTED**. In accordance with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430, Plaintiff shall effectuate service upon Defendant Everest Ambulance, LLC by: (1) posting a copy of the summons and complaint at 2201 Strahle Street, Apt. D104, Philadelphia, Pennsylvania 19152-2516 and 1970 King Arthur Road, Philadelphia, Pennsylvania 19116-3838; and (2) mailing a copy of the summons and complaint by certified mail and regular mail to the Defendant's last known addresses, 8420 Bustleton Avenue, Philadelphia, Pennsylvania, 19152, 2201 Strahle Street, Apt. D104, Philadelphia, Pennsylvania 19152-2516, and 1970 King Arthur Road, Philadelphia, Pennsylvania 1916-3838.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*