

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 19-2613

Sheriff's Sale Date: _____

V.

Everest Ambulance, LLC; et al.
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served EVEREST AMBULANCE LLC the above process on the 26 day of September, 2019, at 10:40 o'clock, AM, at c/o Yan Ioshpa, 1970 KING ARTHUR RD PHILADELPHIA, PA 19116, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of **Pa**
County of **Berks**           ) SS:
                              )

Before me, the undersigned notary public, this day, personally, appeared **Eric Afflerbach** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-194129
Case ID #: 5641257

Subscribed and sworn to before me this 30 day of Sept, 2019.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554