UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> Everest Ambulance, LLC <br><br> Defendant(s) | CIVIL NO. 19-02613 |

**CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Summons and Complaint has been served by certified and regular mail, upon the parties listed below on September 25, 2019.

Everest Ambulance, LLC
8420 Bustleton Avenue
Philadelphia, PA 19152

Everest Ambulance, LLC c/o Yan Ioshpa
1970 King Arthur Rd
Philadelphia, PA 19116

Everest Ambulance, LLC c/o Yan Ioshpa
2201 Strahle St, Apt D104
Philadelphia, PA 19152

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327