# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-2613** |
| **v.** | : | |
| | : | |
| **EVEREST AMBULANCE, LLC** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 30th day of October 2019, upon review of the record, the Court notes that Defendant **EVEREST AMBULANCE, LLC** has failed to file an answer or to otherwise plead.

Plaintiff may file a request with the Clerk of Court for entry of a default in accordance with Federal Rule of Civil Procedure 55. If the Request for Default is not filed within fourteen (14) days of this Order, the Court will enter an order dismissing the case against the above-named Defendant for lack of prosecution.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*