# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-2613** |
| v. | : | |
| | : | |
| **EVEREST AMBULANCE, LLC** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 5th day of December 2019, upon consideration of the Plaintiff's motion for default judgment [ECF 10], filed pursuant to Federal Rule of Civil Procedure 55(b) on November 7, 2019, to which no response was filed, it is hereby **ORDERED**, that judgement is entered in favor of Plaintiff, United States of America, on behalf of its Agency, the Department of Treasury, and against Defendant Everest Ambulance, LLC, in the amount of $159,850.73. Further, judgment is to accrue interest at the current legal interest rate, compounded annually until paid in full.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*